UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeffrey William Warnement,

Plaintiff

v.

Officer Brandon Hemker, et al.,

Defendants.

Case No. 3:26-cv-01889

ORDER OF DISMISSAL

*Pro se* Plaintiff Jeffrey William Warnement filed this civil rights action against Delphos Police Officers Brandon Hemker and Ellie Swinehart on August 12, 2026. He paid the filing fee of $405.00, and original Summonses and Magistrate Consent forms were issued to him at the counter for service on the Defendants. On September 10, 2026, Attorneys for the Defendants filed a Notice of Lack of Service, (Doc. No. 4), indicating that although Plaintiff had mailed the summonses to the Defendants, he did not include copies of the Complaint with the summonses.

Federal Civil Procedure Rule 4(m) governs the time a Plaintiff is given to serve the Defendants with the case. It states:

> If a defendant is not served within 90 days after the complaint is filed, the court -on motion or on its own after notice to the plaintiff- must must dismiss the action without prejudice against the defendant or order that service be made within a specified time.

This case was filed on August 12, 2026, and service therefore had to be made on or before November 12, 2026. Despite notification by the Defendants on September 10, 2026 that Plaintiff's

attempt at service was defective, he did not cure the defect and provide the Court with proof of service.

Accordingly, this case is dismissed without prejudice under Rule 4(m) and for failure to prosecute.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge